UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
WILLIAMS, JAMES                       §     Case No. 9:12-bk-12294-FMD
                                      §
            Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on            . The case was converted to one under Chapter 7 on              . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert E. Tardif Jr._____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-12294 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | WILLIAMS, JAMES | Date Filed (f) or Converted (c): | 11/06/12 (c) |
| | | 341(a) Meeting Date: | 12/11/12 |
| For Period Ending: | 09/16/14 | Claims Bar Date: | 12/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD-7255 LAKE DRIVE FORT MYERS FL | 461,900.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 3. BB&T CHECKING ACCT. | 96.32 | 0.00 | | 0.00 | FA |
| HOH | | | | | |
| 4. BB&T SAVINGS ACCT. | 25.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS(joint-value is 1/2) (fee added) | 20,300.00 | 7,526.13 | | 7,526.13 | FA |
| TBE (OTE filed) Trustee value is one-half (joint with wife) | | | | | |
| Bank fee of $325.81 added | | | | | |
| 6. CLOTHING | 125.00 | 0.00 | | 0.00 | FA |
| 7. UNITED AIRLINES RETIREMENT PLAN | 0.00 | 0.00 | | 0.00 | FA |
| 8. BUSINESS-PEGASUS LEGAL & PROTECTIVE RESOURCES | 0.00 | 0.00 | | 0.00 | FA |
| 9. UNITED AIRLINES STOCK | 47.32 | 0.00 | | 0.00 | FA |
| 10. 2002 CHRYSLER PT CRUISER | 2,593.00 | 0.00 | | 0.00 | FA |
| 11. 2005 HUMMER (JOINT) Trustee value is 1/2 | 19,788.00 | 945.00 | | 945.00 | FA |
| TBE (OTE filed) | | | | | |
| 12. PADDLE BOAT | 250.00 | 0.00 | | 0.00 | FA |
| 13. DOGS & CATS | 10.00 | 0.00 | | 0.00 | FA |
| 14. SMALL CLAIMS CASE AGAINST WELLS FARGO | 0.00 | 0.00 | | 0.00 | FA |
| Added by Amendment | | | | | |
| 15. 2012 TAX REFUND (8/12) (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $505,134.64 | $8,471.13 | | $8,471.13 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-12294    CED    Judge: Caryl E. Delano | Trustee Name:    Robert E. Tardif Jr. |
| Case Name: | WILLIAMS, JAMES | Date Filed (f) or Converted (c):    11/06/12 (c) |
| | | 341(a) Meeting Date:    12/11/12 |
| | | Claims Bar Date:    12/19/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 04, 2013 (RET) - Prepared OTE.  (response filed).

March 01, 2013 (RET) - Submitted OTE order.

March 27, 2013 (GAH) OTE order not yet entered.

Stip for $8,471.13 at $605.08 per mo. beginning 7/15/13 for 14 mos. plus 8/12 of any 2012 tax refund.   E-mail sent to
atty for copy of tax return. (no refund)

May 15, 2013 (GAH)  E-mail to atty for status of signed Stip.

May 22, 2013 (GAH) Motion for Turnover filed.

June 05, 2013 (RET) - Reviewed claims.

June 18, 2013 (GAH) E-mail from atty that they will be returning signed Stip but want paymetns to begin 7/15/13.

June 24, 2013 (GAH) Received signed Stip.  Motion for Turnover withdrawn.

August 02, 2013 (RET) - Signed payment stipulation.

January 09, 2014 (RET) - Debtor has commenced payments.

June 13, 2014 (RET) - Debtor payments continuing.

August 15, 2014 (GAH) All payments received.

August 19, 2014 (BLK) Claims review previously completed.  Upon clearance of this final payment just made, will prepare
case for TFR submission.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-12294    CED    Judge: Caryl E. Delano | Trustee Name:    Robert E. Tardif Jr. |
| Case Name: | WILLIAMS, JAMES | Date Filed (f) or Converted (c):    11/06/12 (c) |
| | | 341(a) Meeting Date:    12/11/12 |
| | | Claims Bar Date:    12/19/12 |

Initial Projected Date of Final Report (TFR): 10/30/14    Current Projected Date of Final Report (TFR): 10/30/14

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-12294 -CED | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: | WILLIAMS, JAMES | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******1989 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8234 | | |
| For Period Ending: | 09/16/14 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/13 | 11 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 605.08 |
| 08/14/13 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 1,210.16 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,200.16 |
| 09/13/13 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 1,805.24 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,795.24 |
| 10/11/13 | 5, 11 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 2,400.32 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,390.32 |
| 11/14/13 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 2,995.40 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,985.40 |
| 12/18/13 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 3,590.48 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,580.48 |
| 01/14/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 4,185.56 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,175.56 |
| 02/13/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 4,780.64 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,770.64 |
| 03/14/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 5,375.72 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,365.72 |
| 04/11/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 5,970.80 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,960.80 |
| 05/14/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 6,565.88 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,555.88 |
| 06/13/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 7,160.96 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,150.96 |
| 07/16/14 | 5 | James Williams | Payment on Overage (Doc #59) | 1129-000 | 605.08 | | 7,756.04 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.94 | 7,745.10 |
| 08/15/14 | 5 | James Williams | Payment on Overage (Doc #59)<br>$325.81-bank fee | 1129-000 | 605.09 | | 8,350.19 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.85 | 8,338.34 |

Page Subtotals    8,471.13    132.79

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-12294 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | WILLIAMS, JAMES | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******1989  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8234 | | |
| For Period Ending: | 09/16/14 | Blanket Bond (per case limit): | $    0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 8,471.13 | 132.79 | 8,338.34 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 8,471.13 | 132.79 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 8,471.13 | 132.79 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking Account (Non-Interest Earn - ********1989 | 8,471.13 | 132.79 | 8,338.34 |
|  | | ----------------------- | ----------------------- | ----------------------- |
|  | | 8,471.13 | 132.79 | 8,338.34 |
|  | | ============ | ============ | ============ |
|  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | PROPOSED DISTRIBUTION | | | Date: September 16, 2014 |

Case Number: 12-12294  
Debtor Name: WILLIAMS, JAMES

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 02-1A 050 4110-00 | Alliant Credit Union<br>c/o Thomas Lobello, III, Esquire<br>Post Office Box 4400<br>Jacksonville, FL 32201-4400 | Secured | Filed 08/22/12 | $22,575.00 | $0.00 | $22,575.00 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $22,575.00 | $0.00 | $22,575.00 |
| 07-1A 058 5800-00 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | Filed 12/05/12 | $28,240.78 | $0.00 | $28,240.78 |
| | Subtotal For Claim Type 5800-00  Claims of Governmental Units - | | | $28,240.78 | $0.00 | $28,240.78 |
| 02-1B 070 7100-00 | Alliant Credit Union | Unsecured | | $3,632.59 | $0.00 | $3,632.59 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $3,632.59 | $0.00 | $3,632.59 |
| 01-1 070 7100-90 | Alliant Credit Union<br>c/o Thomas Lobello, III, Esquire<br>Post Office Box 4400<br>Jacksonville, FL 32201-4400 | Unsecured | Filed 08/22/12 | $137,648.86 | $0.00 | $137,648.86 |
| 03-1 070 7100-90 | USAA FEDERAL SAVINGS BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | Filed 08/24/12 | $15,071.26 | $0.00 | $15,071.26 |
| 04-1 070 7100-90 | Wells Fargo Bank<br>PO BOX 10438<br>MAC X2505-036<br>Des Moines, IA 50306 | Unsecured | Filed 09/05/12 | $106,400.82 | $0.00 | $106,400.82 |
| 05-1 070 7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 09/10/12 | $18,130.17 | $0.00 | $18,130.17 |
| 06-1 070 7100-90 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsecured | Filed 09/20/12<br>Scheduled as Citi | $2,549.52 | $0.00 | $2,549.52 |
| 08-1 070 7100-90 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | Filed 01/30/13 | $2,363.71 | $0.00 | $2,363.71 |
| 09-1 070 7100-90 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 02/05/13<br>Scheduled as Chase | $12,048.46 | $0.00 | $12,048.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | PROPOSED DISTRIBUTION | | | Date: September 16, 2014 |

Case Number:    12-12294  
Debtor Name:    WILLIAMS, JAMES

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10-1 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | Filed 03/11/13 Scheduled as First Federal | $270.50 | $0.00 | $270.50 |
| | Subtotal For Claim Type 7100-90  Payments to Unsecured Credit | | | $294,483.30 | $0.00 | $294,483.30 |
| 07-1B 080 7300-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | Unsecured | | $5,485.00 | $0.00 | $5,485.00 |
| | Subtotal For Claim Type 7300-00  Fines, Penalties 726(a)(4) | | | $5,485.00 | $0.00 | $5,485.00 |
| | Case Totals: | | | $354,416.67 | $0.00 | $354,416.67 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9:12-bk-12294-FMD
Case Name: WILLIAMS, JAMES
Trustee Name: Robert E. Tardif Jr.

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 02-1A | Alliant Credit Union | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert E. Tardif Jr. | $ | $ | $ |
| Trustee Expenses: Robert E. Tardif Jr. | $ | $ | $ |
| Attorney for Trustee Fees: Robert E. Tardif Jr., Esquire | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses             $_____

Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 07-1A | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                                                             $_____

Remaining Balance                                                                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-1 | Alliant Credit Union | $ | $ | $ |
| 03-1 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 04-1 | Wells Fargo Bank | $ | $ | $ |
| 05-1 | American Express Centurion Bank | $ | $ | $ |
| 06-1 | Jefferson Capital Systems LLC | $ | $ | $ |
| 08-1 | eCAST Settlement Corporation | $ | $ | $ |
| 09-1 | PYOD LLC its successors and assigns | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-1 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 02-1B | Alliant Credit Union | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 07-1B | Internal Revenue Service | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors      $_____

    Remaining Balance      $_____